IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00735-PAB-MEH

CHERISSE CROLL,

    Plaintiff,

v.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,
a Connecticut foreign corporation, and
LOCKHEED MARTIN GROUP UNIVERSAL LIFE PLAN,
an ERISA welfare benefit plan,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, who has entered an appearance as counsel for defendants. For this reason, it would be inappropriate for me to continue to preside over this case. Accordingly, I will recuse myself. It is therefore

ORDERED that the hearing scheduled for July 1, 2010 at 2:30 p.m. is VACATED. It is further

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

DATED May 3, 2010.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge